JAMES P. SHEA (State Bar No. 162483)
LAW OFFICE OF JAMES P. SHEA
5055 Wilshire Blvd., Suite 830
Los Angeles, CA 90036
Telephone: 323-954-9605
Fax: 323-954-9012
E-mail: lawoffice5055@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GILBERTO FIGUEROA ESCAGEDA, )<br><br>     Plaintiff, )<br><br>   vs. )<br><br>ANDREW M. SAUL, Commissioner of )<br>Social Security, )<br><br>     Defendant. )<br>_____ ) | NO. 2:19-CV-05368-AFM<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d).** |

IT IS ORDERED that EAJA fees and expenses are awarded in the amount of three thousand, three hundred dollars and no cents ($3,300.00), pursuant to 28 U.S.C. § 2412(d), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: 7/28/2020

HON. ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE